K. Randolph Moore, SBN 106933
Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: tanya@moorelawfirm.com

Attorneys for Plaintiff
Daniel Delgado

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL DELGADO,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>AHMED S. MURSHED dba SNAP ROSE FOOD STORE; RAVINDER P. SETHI and AASHIMA P. SETHI,<br><br>　　　　Defendants. | No. 1:11-CV-00042-AWI-GSA<br><br>**STIPULATION FOR DISMISSAL OF ACTION; ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff Daniel Delgado ("Plaintiff") and Defendants Ahmed Murshed dba Snap Rose Food Store, Ravinder P. Sethi and Aashima P. Sethi ("Defendants"), the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.

Date: December 20, 2011　　　　　　　　　　　　MOORE LAW FIRM, P.C.


　　　　　　　　　　　　　　　　　　　　　　　/s/Tanya E. Moore
　　　　　　　　　　　　　　　　　　　　　　　Tanya E. Moore
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff Daniel Delgado

///

*Delgado v. Murshed, et al.*
Stipulation for Dismissal

Page 1

| | |
|---|---|
| Date: December 20, 2011 | FISHER & PHILLIPS, LLP |
| | /s/ James Fessenden |
| | James Fessenden, Attorneys for Defendants Ahmed S. Murshed dba Snap Rose Food Store, Ravinder P. Sethi and Aashima P. Sethi |

**ORDER**

The parties having so stipulated, the Clerk of the Court is DIRECTED to close this action.   This is action dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated:   December 20, 2011                                    _____

                                                                                CHIEF UNITED STATES DISTRICT JUDGE